# U.S. District Court
## District of Maryland (Baltimore)
## CRIMINAL DOCKET FOR CASE #: <u>1:22-mj-03263-MJM</u>-1

| | |
|---|---|
| Case title: USA v. Durrani | Date Filed: 11/09/2022 |

Assigned to: Magistrate Judge Matthew James Maddox

**Defendant (1)**

**Ali H Durrani**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA
Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/09/2022 | 1 | | Rule 5(c)(3) Documents Received from the Southern District of Ohio as to Ali H Durrani (cb5s, Deputy Clerk) (Entered: 11/09/2022) |
| 11/09/2022 | 2 | | Initial Appearance in Rule 5(c)(3) Proceedings as to Ali H Durrani held on 11/9/2022 before Magistrate Judge Matthew James Maddox.(FTR Gold, CRD: Caitlyn Wilson CTRM: 7B ) (cw6s, Deputy Clerk) (Entered: 11/09/2022) |
| 11/09/2022 | 3 | | CJA 23 Financial Affidavit by Ali H Durrani (cw6s, Deputy Clerk) (Entered: 11/09/2022) |

1

| 11/09/2022 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ali H Durrani. Signed by Magistrate Judge Matthew James Maddox on 11/9/2022. (cw6s, Deputy Clerk) (Entered: 11/09/2022) |
|---|---|---|---|
| 11/09/2022 | 5 | | ORDER Setting Conditions of Release as to Ali H Durrani. Signed by Magistrate Judge Matthew James Maddox on 11/9/2022. (cw6s, Deputy Clerk) (Entered: 11/09/2022) |
| 11/09/2022 | 6 | | ORDER pursuant to Fed R Crim P 5(f) and the Due Process Protections Act as to Ali H Durrani. Signed by Magistrate Judge Matthew James Maddox on 11/9/2022. (cw6s, Deputy Clerk) (Entered: 11/09/2022) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA              *

v.                                    *       Case No: 22-mj-3263-MJM

Ali H. Durrani                        *

                                      *

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __9th__ day of __November__, __2022__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Matthew J. Maddox
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.   Criminal No.: 22-mj-03263-MJM

Ali H. Durrani

## ORDER PURSUANT TO Fed R. Crim. P. 5(f)

As amended on October 21, 2020, Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020) require that:

"In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such an order under applicable law."

Accordingly, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady v. Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, vacating a conviction, or disciplinary action against the prosecution.

Having given counsel the oral admonition required by the Due Process Protections Act, the United States is ordered to produce in a timely manner all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so may result in the imposition of the sanctions referenced in this Order.

It is SO ORDERED.

Date: November 9, 2022

Matthew J. Maddox
United States Magistrate Judge

15